## SUSAN L. MENDE *v.* FRANK L. COLLINS, JR. (10557)

O'CONNELL, LAVERY and LANDAU, Js.

Argued June 3—decision released June 29, 1993

*Jeremiah J. Morytko,* for the appellant (plaintiff).

*Joseph A. Broder,* for the appellee (defendant).

*Michael A. Blanchard,* for the minor child.

PER CURIAM. The judgment is affirmed.